No. 83–537. MASSACHUSETTS LABORERS DISTRICT COUNCIL ET AL. v. ABREEN CORP. ET AL.; and

No. 83–693. LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO v. ABREEN CORP. ET AL. C. A. 1st Cir. Certiorari denied. Reported below: 709 F. 2d 748.

No. 83–542. LANGFORD ET AL. v. JAMES ET AL. C. A. 10th Cir. Certiorari denied.

No. 83–546. CLAYCO PETROLEUM CORP. ET AL. v. OCCIDENTAL PETROLEUM CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–551. BRATTON ET AL. v. CITY OF DETROIT ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–553. ARNOLD ET AL. v. EASTERN AIR LINES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–559. MASTER PRINTERS ASSN., A DIVISION OF PRINTING INDUSTRY OF ILLINOIS v. DONOVAN, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 83–565. INGLIS v. FEINERMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–578. ALASKA LAND TITLE ASSN. ET AL. v. ALASKA ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 83–580. BRISLAWN v. BRISLAWN. Sup. Ct. Ala. Certiorari denied.

No. 83–598. MAZZOLA ET AL. v. DONOVAN, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 83–601. KATSOUGRAKIS ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–602. BRIGGS ET AL. v. GOODWIN. C. A. D. C. Cir. Certiorari denied.